**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.Aicklen@lewisbrisbois.com
ADAM J. PERNSTEINER
Nevada Bar No. 7862
Adam.Pernsteiner@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

*Attorneys for Defendant Stauber Performance*
*Ingredients, Inc. aka Stauber, dba Stauber*
*California*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| NUTRI PHARMACEUTICALS RESEARCH, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STAUBER PERFORMANCE INGREDIENTS, INC., a/k/a Stauber, d/b/a Stauber California, a Minnesota corporation,<br><br>Defendant. | Case No. 2:20-cv-01041-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff NUTRI PHARMACEUTICALS RESEARCH, INC. ("Plaintiff") and Defendant STAUBER PERFORMANCE INGREDIENTS, INC., aka Stauber, dba Stauber California (hereinafter "Defendant"), hereby stipulate and agree by and through their respective counsel, that the deadline for Defendant to file its answer to Plaintiff's Complaint shall be extended to March 31, 2021.

Plaintiff filed its Complaint [ECF No. 1] on June 11, 2020 and Defendant filed its Motion to Dismiss [ECF No. 5] on July 20, 2020 in response to the Complaint. The Court recently issued its Order [ECF No. 17] denying the Motion to Dismiss on March 3, 2021.

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

Defendant needs additional time to review the allegations of the Complaint and corresponding information contained in the underlying case documents in order to prepare its answer to the Complaint.   This is the first stipulation for extension of time to respond to the Complaint.   The time within which Defendant must respond to the Complaint has not yet expired.

DATED this 15th day of March, 2021.          DATED this 15th day of March, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP

TAKOS LAW GROUP, LTD.

/s/  Adam J. Pernsteiner
JOSH COLE AICKLEN
Nevada Bar No. 007254
ADAM J. PERNSTEINER
Nevada Bar No. 7862
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

*Attorneys for Defendant Stauber Performance Ingredients, Inc. aka Stauber, dba Stauber*

/s/ Zachary P. Takos
ZACHARY P. TAKOS
Nevada Bar No. 11293
1980 Festival Plaza Drive, Suite 300
Las Vegas, NV 89135

*Attorneys for Plaintiff Nutri Pharmaceuticals Research, Inc.*

ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  March 16, 2021
_____

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER COMPLAINT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW