**LEWIS BRISBOIS BISGAARD & SMITH** LLP
JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.Aicklen@lewisbrisbois.com
ADAM J. PERNSTEINER
Nevada Bar No. 7862
Adam.Pernsteiner@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

*Attorneys for Defendant Stauber Performance Ingredients, Inc. aka Stauber, dba Stauber California*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| NUTRI PHARMACEUTICALS RESEARCH, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STAUBER PERFORMANCE INGREDIENTS, INC., a/k/a Stauber, d/b/a Stauber California, a Minnesota corporation,<br><br>Defendant. | Case No. 2:20-cv-01041-KJD-DJA<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

///
///
///
///
///
///
///
///
///

Plaintiff NUTRI PHARMACEUTICALS RESEARCH, INC. ("NPRI") and Defendant STAUBER PERFORMANCE INGREDIENTS, INC., aka Stauber, dba Stauber California ("STAUBER"), by and through their respective undersigned counsel of record, agree and stipulate that all claims in the above-entitled action, including all claims set forth in Plaintiff's Complaint (ECF No. 1), shall be dismissed in their entirety, with prejudice, with each party to bear its own costs and attorney's fees.

DATED this 17th day of August, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP

JOSH COLE AICKLEN
Nevada Bar No. 007254
ADAM J. PERNSTEINER
Nevada Bar No. 7862
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

*Attorneys for Defendant Stauber Performance Ingredients, Inc. aka Stauber, dba Stauber*

DATED this 16th day of August, 2021.

TAKOS LAW GROUP, LTD.

Zachary P. Takos, Esq.
Nevada Bar No. 11293
1980 Festival Plaza Drive, Suite 300
Las Vegas, NV 89135

*Attorneys for Plaintiff Nutri Pharmaceuticals Research, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated _____August 17___, 2021